```
                                          FILED
                                       2006 OCT 17 AM 8:17
                                       CLERK US D...
                                       SOUTHERN DISTRICT OF CALIFORNIA

                                       BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON J. PERRY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE UPPER DECK COMPANY, LLC, a Delaware limited liability company licensed to do business in the State of California; LUCA CONSTRUCTION, INC., formerly known as ADVANCED ANOMALY, INC., a Delaware corporation licensed to do business in the State of California; ADMINISTAFF COMPANIES II, L.P., a Delaware limited partnership licensed to do business in the State of California; RICHARD P. McWILLIAM, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO: 05CV1329-LAB (CAB)<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING THE FEBRUARY 9, 2006 ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS<br><br>Action Filed:  30 June 2005<br>Trial Date:    None Set<br>Judge:         Hon. Larry A. Burns<br>Courtroom:     9 |

The parties, through their respective counsel of record, submit this Stipulation and [Proposed] Order Modifying the February 9, 2006 Order Regulating Discovery and Other Pretrial Proceedings.

The parties are diligently pursuing discovery in this action, but require additional time to complete percipient discovery, including depositions of subpoenaed non-parties, as well as party depositions, before proceeding with expert witness discovery, for several reasons, including:

STIPULATION AND [PROPOSED] ORDER MODIFYING THE    05CV1329-LAB (CAB)
FEBRUARY 9, 2006 ORDER REGULATING DISCOVERY AND
OTHER PRETRIAL PROCEEDINGS

A. A third-party witness, Administaff Companies II, L.P., formerly a defendant in this action, is unavailable for deposition before the percipient witness discovery cut-off on October 16, 2006.

B. The parties are in the process of a meet-and-confer to resolve issues with respect to a third-party subpoena for production of business records and written discovery responses.

C. As a result of third-party depositions, the parties have learned about the existence of certain documents that, to the extent to which such documents still exist, would be material and relevant to Plaintiff's claims, and defendants have undertaken a search for such additional documents which may be responsive to outstanding discovery requests.

D. Defendant Richard McWilliam is abroad for business and currently unavailable for deposition before the October 16, 2006 discovery cut-off.

E. Defendant Luca Construction, Inc., cannot produce its Rule 30(b)(6) witness for deposition until after the discovery cut-off.

F. Defendant The Upper Deck Company, LLC, has designated Richard McWilliam as its Rule 30(b)(6) witness for deposition, and his unavailability as a party witness until mid-November impacts this deposition.

G. Defendant Richard McWilliam has filed a motion for summary judgment, which is currently set for hearing on December 4, 2006. Material testimony will not be available from Mr. McWilliam, as an individual defendant and as The Upper Deck Company, LLC Rule 30(b)(6) witness, in order to allow Plaintiff a reasonable time to prepare his opposition filings.

The parties cannot adequately prepare their expert witnesses to testify in deposition until the percipient discovery is completed.

Therefore, the parties propose modifications to the February 9, 2006 Order Regulating Discovery and Other Pretrial Proceedings. Although the parties did modify the percipient and

MARKS, GOLIA &
FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

2

STIPULATION AND [PROPOSED] ORDER MODIFYING THE
FEBRUARY 9, 2006 ORDER REGULATING DISCOVERY AND
OTHER PRETRIAL PROCEEDINGS

05CV1329-LAB (CAB)

expert witness discovery deadlines by Stipulation and Order filed on 29 August 2006, there have been no prior requests for continuance of the following pretrial proceedings:

    1.    All motions, other than motions to amend or join parties or motions in limine, shall be filed so as to be heard on or before April 11, 2007.

    2.    The Motion by Defendant Richard P. McWilliam for Summary Judgment, currently set for hearing on December 4, 2006 at 10:30 a.m., shall be continued to January 22, 2007 at 10:30 a.m., or such other date and time convenient to the Court. All opposition and reply briefs will be due on the dates provided in Civil Local Rule 7.1(e), calculated on this revised date rather than the date initially set for hearing. Defendant Richard P. McWilliam shall issue a new Notice of Motion, upon the Court's granting of this proposed Order.

    3.    All parties or their counsel shall fully comply with the Pretrial Disclosure requirements of Federal Rule of Civil Procedure 26(a)(3), on or before April 23, 2007.

    4.    The parties' counsel shall meet together and take the action required by Local Rule 16.1(f)(5) on or before April 30, 2007.

    5.    The parties shall prepare, serve and lodge with the Clerk of the Court, a proposed final pretrial conference order, in the form prescribed and in compliance with Local Rule 16.1(f)(7), including objections any party has to any other parties' Rule 26(a)(3) Pretrial Disclosures, on or before May 7, 2007.

    6.    The final pretrial conference shall be continued from February 12, 2007 at 11:15 a.m. to May 14, 2007, at 11:15 a.m., or such other date and time convenient to the Court.

This request is filed simultaneously with a request to modify the witness discovery cutoff dates and mandatory settlement conference date previously set by Stipulation and Order. A copy of the Stipulation and Order submitted to Magistrate Judge Cathy A. Bencivengo is

/ / / / /

/ / / / /

/ / / / /

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

3

STIPULATION AND [PROPOSED] ORDER MODIFYING THE FEBRUARY 9, 2006 ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS

05CV1329-LAB (CAB)

1 attached hereto. Magistrate Judge Bencivengo has been apprised of the discovery issues and
2 encouraged counsel to "meet and confer" on all points. The Stipulations and Orders submitted
3 herein reflect a full and complete agreement between all parties and counsel.
4     Plaintiff Gordon Perry would be substantially prejudiced if this continuance were
5 denied because he would be unable to prepare his expert witness testimony and any opposition
6 to the summary judgment motion currently filed by Defendant Richard P. McWilliam.
7 SO STIPULATED:

8 DATED: October 11, 2006      MARKS, GOLIA & FINCH, LLP

By:   /s/ Justin M. Stoger
      JASON R. THORNTON
      JUSTIN M. STOGER
Attorneys for Defendant Luca Construction, Inc.

13 DATED: October 11, 2006      SANZO LAW

By:   /s/ Judi M. Sanzo
      JUDI M. SANZO
Attorney for Plaintiff Gordon J. Perry

17 DATED: October 11, 2006      NICHOLAS & BUTLER, LLP

By:   /s/ Craig M. Nicholas
      CRAIG M. NICHOLAS
Attorneys for Defendants The Upper Deck Company, LLP, and Richard P. McWilliam

21 / / / / /
22 / / / / /
23 / / / / /
24 / / / / /
25 / / / / /
26 / / / / /

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

4

STIPULATION AND [PROPOSED] ORDER MODIFYING THE
FEBRUARY 9, 2006 ORDER REGULATING DISCOVERY AND
OTHER PRETRIAL PROCEEDINGS

05CV1329-LAB (CAB)

ORDER

Based on the stipulation of the parties, and for good cause shown, the dates of the pretrial proceedings set forth above are modified in accordance with the dates proposed in Paragraphs 1, 3-5 above. Defendant Richard P. McWilliam's Motion for Summary Judgment is reset for hearing on _____2/12_____, 2007 at 10:30 a.m., and any opposition and reply briefs are due on the dates provided in Civil Local Rule 7.1(c) based upon this revised hearing date. The final pre-trial conference is reset for _____5/14_____, 2007 at 11:15 a.m.

SO ORDERED:

DATED: October 12, 2006

*Larry A. Burns*
HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT COURT JUDGE

966.002/JS282.sls

MARKS, GOLIA & FINCH, LLP
3900 Harney Street
First Floor
San Diego, CA 92110
(619) 293-7000

5

STIPULATION AND [PROPOSED] ORDER MODIFYING THE FEBRUARY 9, 2006 ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEEDINGS

05CV1329-LAB (CAB)