# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON J. PERRY, an individual,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br>THE UPPER DECK COMPANY, LLC, a Delaware limited liability company licensed to do business in the State of California; LUCA CONSTRUCTION, INC., formerly known as ADVANCED ANOMALY, INC., a Delaware corporation licensed to do business in th State of California; ADMINISTRAFF COMPANIES II, L.P., a Delaware limited partnership licensed to do business in the State of California; RICHARD P. McWILLIAM, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　　　　　　　　　　Defendants. | CASE NO. 05cv1329-LAB (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On January 17, 2008, all remaining parties jointly moved to dismiss this matter with prejudice, stating they had reached settlement. Along with their joint motion, the parties filed documents signed by all parties and their counsel consenting to continuing jurisdiction by the Magistrate Judge to interpret and enforce the settlement agreement. Accordingly, this action is hereby **DISMISSED WITH PREJUDICE**, with each of the parties to bear their own costs and attorney's fees.

/ / /

/ / /

In accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and the parties' consent, this case is hereby **REFERRED** to Magistrate Judge Cathy Ann Bencivengo, who shall retain jurisdiction over all further proceedings, including any disputes arising out of the settlement agreement.

**IT IS SO ORDERED**.

DATED: January 18, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge